1  GILBERT EISENBERG (SBN 28900)
   LAW OFFICES OF GILBERT EISENBERG
2  400 Montgomery Street, Suite 200
3  San Francisco, California 94104
   (415) 433-3476
4  (415) 296-8734

5  Attorneys for Defendant
   **CAROL ANN HUANG**
6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRIC OF CALIFORNIA

9                        SAN JOSE DIVISION

10

11 | UNITED STATES OF AMERICA,      )  Case No. CR-03-20097 JF
                                    )
12 |        Plaintiff               )  **STIPULATION FOR ORDER TO**
                                    )  **RETURN PASSPORT AND**
13 | v.                             )  **[PROPOSED] ORDER**
                                    )
14 |                                )
   | CAROL ANN HUANG,               )
15 |                                )
   |        Defendant.              )
16 | _____  )

17

18         IT IS HEREBY STIPULATED by and between counsel for the UNITED STATES,

19 Assistant U.S. Attorney Shawna Yen, and counsel for the Defendant, CAROL ANN HUANG,

20 Gilbert Eisenberg, Esq., that the Clerk of this court be ordered to return to defendants counsel the

21 United States passport #054758684, that defendant surrendered to the Clerk on June 30, 2003.

22 The basis for this Stipulation is the following:

23

24     1.   Following her guilty pleas to Mail Fraud and Abetting (18 U.S.C. §§ 1341,

25          1346, and 2) and Money laundering (18 U.S.C. § 956 (a)(1)(A)(I) the

26          defendant was sentenced by this court on May 10, 2006 to serve 78 months in

27          the custody of the US Bureau of Prisons.

28

STIPULATION TO RETURN PASSPORT; [PROPOSED] ORDER

                                        1

2. The defendant has served her prison sentence and is now at the Half-Way House on Taylor Street in San Francisco.

3. The defendant is now actively seeking employment to earn money to support herself and begin to pay the court ordered restitution.

4. The Defendant has lost her Social Security card and she must replace that in order to find a job. The defendants passport, which expired on January 16, 2007, will provide the necessary identification that defendant needs to expeditiously obtain a replacement Social Security Card.

Dated this 3rd day of May, 2011

/s/
SHAWNA YEN
Assistant United States Attorney

Dated this 3rd day of May, 2011

/s/
GILBERT EISENBERG
Counsel for Carol Ann Huang

GOOD CAUSE APPEARING,

IT IS ORDERED that the Clerk of this court return CAROL ANN HUANG'S expired US Passport, #054758684, to her attorney, GILBERT EISENBERG.

Dated: 5/19/11

Lucy H. Koh for JF
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

Copies to be served on:

SHAWNA YEN
Assistant U.S. Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

GILBERT EISENBERG
400 Montgomery Street, Suite 200
San Francisco, CA 94104

STIPULATION TO RETURN PASSPORT; [PROPOSED] ORDER

2